UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Clarence Johnson,

                Plaintiff,      Case No. 21-12814

v.                                     Judith E. Levy
                                     United States District Judge

Joe Biden, Donald Trump, Queen
Elizabeth, ATT Directors, Dept.  Mag. Judge David R. Grand
Labor Canada, Grocery Stores,
International Criminal Court,
Hospitals, Restaurants, Canada
United Nations, Churches, and the
CDC,

                Defendants.

_____/

## OPINION AND ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS AND DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Clarence Johnson files this suit against several people and entities, including, but not limited to, Joe Biden, Donald Trump, Queen Elizabeth, the United Nations, and Canada. (*See* ECF No. 1.) From what the Court can discern, Plaintiff alleges that these Defendants have injured him, and he seeks damages and injunctive relief. (*See id.*, PageID.6.)

**I.     Application to Proceed Without Prepaying Fees or Costs**

Plaintiff requests permission to proceed without prepaying fees or costs (*in forma pauperis*). (ECF No. 2.) The *in forma pauperis* statute, 28 U.S.C. § 1915(a)(1) states: "any court of the United States may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." Plaintiff declares that he has no income or assets. Accordingly, Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a)(1) and his application to proceed *in forma pauperis* is granted.

**II.     Dismissal**

The *in forma pauperis* statute continues, mandating dismissal of a case "at any time if the court determines that . . . the action or appeal . . . fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2). Plaintiff's complaint fails to state a claim. The Federal Rules of Civil Procedure require Plaintiff to provide the Court with "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a). Plaintiff does not meet this requirement. There are no factual allegations or causes of action contained in

Plaintiff's *pro se* complaint form. In the "Statement of Claim" field, Plaintiff writes "Energy Extortion United States United Nations contact Angela Byers FBI 513-421-4310 Kamala Harris Vice President Queen Elizabeth United Nations." (ECF No. 1, PageID.6.) Although there are certainly some words on the form, nothing in the filing states a discernable claim. For this reason, the Court dismisses the case without prejudice. Since the Court is dismissing without prejudice, Plaintiff is free to refile his claim, addressing the deficiencies set forth above.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis and DISMISSES Plaintiff's case without prejudice.

IT IS SO ORDERED.

Dated: December 7, 2021       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 7, 2021.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager